658 A.2d 344

Karla J. RADICK, Appellant,

v.

UNEMPLOYMENT COMPENSATION BOARD
OF REVIEW (The RENFREW CENTER).

Supreme Court of Pennsylvania.

Argued April 25, 1995.

Decided May 19, 1995.

Richard A. Ash, Philadelphia, for K. Radick.

Clifford F. Blaze, Harrisburg, for U.C.B.R.

Claude I. Schoenberg, Ardmore, Judith M. Gilroy, Harrisburg, for Renfrew Cntr.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY, CASTILLE and MONTEMURO, JJ.

## ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.

MONTEMURO, J., is sitting by designation.